# *NATIONAL REGISTERED AGENTS, INC*

## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Araceli Deleon
Swift Transportation Services, LLC
2200 S 75th Ave
Phoenix, AZ 85043-7410

SOP Transmittal # 541309330

Entity Served: MOHAVE TRANSPORTATION INSURANCE COMPANY (Domestic State: ARIZONA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of ARIZONA on this 28 day of March, 2022. The following is a summary of the document(s) received:

1. **Title of Action:** Re: SHANNON WILKERSON // To: MOHAVE TRANSPORTATION INSURANCE COMPANY
2. **Document(s) Served:** Other: --
3. **Court of Jurisdiction/Case Number:** None Specified
Case # 202202033
4. **Amount Claimed, if any:** N/A
5. **Method of Service:**

___ Personally served by: ___ Process Server ___ Law Enforcement ___ Deputy Sheriff ___ U. S Marshall

_X_ Delivered Via: _X_ Certified Mail ___ Regular Mail ___ Facsimile

___ Other (Explain):

6. **Date of Receipt:** 03/28/2022
7. **Appearance/Answer Date:** None Specified
8. **Received From:** None Specified
9. **Carrier Airbill #** 1ZY041160196950610
10. **Call Made to:** Not required
11. **Special Comments:**

SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anne Rowell anne_rowell@swifttrans.com

Email Notification, Araceli Deleon Araceli_Deleon@swifttrans.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**

**CopiesTo:**

888-579-0286 - Telephone
602-248-4441 - Fax

The information contained in this Summary Transmittal Form is provided by NRAI for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. NRAI disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Transmitted by Issis Gonzalez
ORIGINAL

**EXHIBIT A**

John D. Sileo
320 N. Carrollton Ave.
Suite 101
New Orleans, La 70119

CERTIFIED MAIL®

7020 3160 0001 0950 3582

PITNEY BOWES
$7.53 0
US POSTAGE IMI
FIRST-CLASS
026W0004897290
2000004967
ZIP 70119
MAR 22 2022

460

Mohave Trasnporation Insurance Co., Inc.
3800 N Central Ave
Phoenix AZ 85012-1992



Law Office of John D. Sileo, LLC
320 North Carrollton Avenue
Suite 101
New Orleans, Louisiana, 70119
504.486.4343
Fax: 504.297.1249

John D. Sileo
Casey W. Moll

Noele Forstall LaRosa
Legal Assistant

March 22, 2022

***VIA CERTIFIED MAIL***
***RETURN RECEIPT REQUESTED***
Via The Louisiana Long Arm Statute
Mohave Transportation Insurance Co., Inc.
3800 North Central Avenue, Suite 460
Phoenix, AZ 85012

RE: Shannon Wilkerson v. Cortez Darrell Ward, et al.
CDC No. 2022-02033, Div. "G-11"

To Whom It May Concern:

Enclosed please find a Citation and Petition for Damages in regard to the above captioned lawsuit. This service is being made on you in accordance with the Louisiana Long Arm Statute. Please be advised that you have thirty (30) days after service of this Summons and Petition for Damages to file your answer.

Please call me at the above number upon receipt of this letter if you have any questions.

With best wishes, I remain

Very truly yours,

John D. Sileo

JDS/tlj
Enclosures

**ATTORNEY'S NAME:** Moll, Casey W 35925
**AND ADDRESS:** 320 N Carrollton Avenue, Suite 101 , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2022-02033** **DIVISION: G** **SECTION: 11**

**WILKERSON, SHANNON**

**Versus**

**WARD, CORTEZ DARRELL ET AL**

## CITATION - LONG ARM

TO: MOHAVE TRANSPORATION INSURANCE CO., INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, NATIONAL REGISTERED AGENTS
3800 NORTH CENTRAL AVENUE , SUITE 460, PHEONIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 14, 2022**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Tayler Williams, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ________________ ________ served a copy of the within

**Petition for Damages**

ON **MOHAVE TRANSPORATION INSURANCE CO., INC.**

THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, NATIONAL REGISTERED AGENTS**

Returned the same day

________________________ No. ____________

Deputy Sheriff of ______________________

Mileage: $ ______________________

________________ / ENTERED / ________________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ________________ ________ served a copy of the within

**Petition for Damages**

ON **MOHAVE TRANSPORATION INSURANCE CO., INC.**

THROUGH: **THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, NATIONAL REGISTERED AGENTS**

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MOHAVE TRANSPORATION INSURANCE CO., INC.** being absent from the domicile at time of said service.

Returned the same day

________________________ No. ____________

Deputy Sheriff of ______________________

FILED
2022 MAR 09 P 04:31
CIVIL
DISTRICT COURT

G
Section 11

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

SUIT NO.: DIVISION:

SHANNON WILKERSON

VERSUS

CORTEZ DARRELL WARD, KNIGHT TRANSPORTATION, INC., KNIGHT TRANSPORTATION TECHNOLOGIES, INC., AND MOHAVE TRANSPORTATION INSURANCE CO., INC.

FILED: ______________________ ______________________
DEPUTY CLERK

**PETITION FOR DAMAGES**

THE PETITION OF Shannon Wilkerson, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, respectfully represents that:

I.

Made defendants herein are:

A. Cortez Darrell Ward, a person of the full age of majority and a resident of the County of Harrison, State of Mississippi;
B. Knight Transportation, Inc., a foreign corporation doing business in the Parish of Orleans, State of Louisiana;
C. Knight Transportation Technologies, Inc., a foreign company doing business in the Parish of Orleans, State of Louisiana;
D. Mohave Transportation Insurance Co., Inc., upon information and belief, a foreign insurer authorized to do and doing business in the Parish of Orleans, State of Louisiana.

II.

Defendants are liable unto your petitioners, jointly, severally, and *in solido*, for reasonable damages, for the following to wit:

III.

On or about the 10th day of March, 2021, your petitioner, Shannon Wilkerson, was operating a 2016 Mack cement truck on Tchoupitoulas Street in Orleans Parish, Louisiana in a cautious and prudent manner. Your petitioner was properly making a left turn onto Calliope Street from the left turn lane, when suddenly and without warning, a 2019 Volvo semi-truck traveling alongside your petitioner, owned by defendant, Knight Transportation Technologies, Inc. and/or Knight Transportation, Inc., and operated by defendant, Cortez Darrell Ward, attempted to improperly turn left onto Calliope Street from the right lane of Tchoupitoulas Street, striking your petitioner's vehicle in the process. The investigation New Orleans Police Department Officer issued Cortez Darrell Ward a citation relative to turning at an intersection. This collision caused

FILED
2022 MAR 09 P 04:31
CIVIL
DISTRICT COURT

serious injuries and damages to your petitioner.

IV.

At all times relevant herein, and upon information and belief, defendant, Cortez Darrell Ward, was in the course and scope of his employment with defendant, Knight Transportation Technologies, Inc and/or Knight Transportation, Inc., for which the defendant is vicariously liable for the negligence of Cortez Darrell Ward.

V.

At all times relevant herein, and upon information and belief, defendant, Mohave Transportation Insurance Co., Inc., was the insurer for public liability for Defendant, Knight Transportation Technologies, Inc., Knight Transportation, Inc., and/or Cortez Darrell Ward, and is therefore vicariously liable for all damages to your petitioner.

VI.

As a result of said accident, petitioner, Shannon Wilkerson, was caused severe and painful personal injury, including but not limited to all bones and muscles of the body, nerves, ligaments, tissues, and blood vessels, and, more particularly, injuries to the back, neck, knee, wrist, and hip.

VII.

The above described accident and ensuing injuries to petitioner, Shannon Wilkerson, were proximately caused by the negligence of defendants, Cortez Darrell Ward, Knight Transportation Technologies, Inc., and/or Knight Transportation, Inc., in the following illustrative, but not necessarily exclusive, acts of negligence:

1. Failure of the driver to maintain proper control of the vehicle;
2. Failure to maintain proper lookout;
3. Operating a vehicle in a careless and reckless manner;
4. Failure to use reasonable vigilance;
5. Failure to yield;
6. Failure to avoid striking another vehicle;
7. Failure to stop or yield at an intersection;
8. Failure to obey a traffic signal;
9. Improper lane usage;
9. Failing to obey the traffic laws in the Parish of Orleans, State of Louisiana, which are pled herein by reference;
10. Negligently entrusting a vehicle to someone known to be at risk to operate a motor vehicle;
11. Negligent hiring or training of an employee;
11. Any and all other acts of negligence which will be proven at the trial of this matter.

FILED
2022 MAR 09 P 04:31
CIVIL
DISTRICT COURT

G
Section 11

VIII.

As a result of the defendants' negligence enumerated hereinabove, petitioner, Shannon Wilkerson, is entitled to reasonable damages, and herewith itemizes his damages as follows:

1. Past, present and future physical pain and suffering;
2. Past, present and future mental pain and suffering;
3. Lost wages;
4. Loss of enjoyment of life;
5. Disability and loss of function;
6. Past, present and future medical bills;
7. Property damage;
8. Loss of use;
9. Any and all other damages proven at the trial of this matter.

IX.

Petitioner avers amicable demand, without avail.

WHEREFORE, petitioner prays that defendants be duly served and cited to appear and answer this Petition, all as provided by law, and that after all legal delays and due proceedings had, there be judgment rendered in favor of the plaintiff, Shannon Wilkerson, and against the defendants, Cortez Darrell Ward, Knight Transportation Technologies, Inc., Knight Transportation, Inc., and Mohave Transportation Insurance Co., Inc., jointly, severally and *in solido*, for reasonable damages, with legal interest from the date of judicial demand until paid, all costs of these proceedings, along with such other relief as law, equity and the nature of this case shall require.

Respectfully submitted,

John D. Sileo (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
(504) 486-4343 – Telephone
(504) 297-1249 – Facsimile
jack@johnsileolaw.com
casey@johnsileolaw.com
service@johnsileolaw.com (this email address is designated for service pursuant to LA. C.C.P. Art. 1313)

[Service Instructions on Following Page]

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

E-Filed

FILED
2022 MAR 09 P 04:31
CIVIL
DISTRICT COURT



Section 11

Please serve:

Cortez Darrell Ward
*Via the Louisiana Long Arm Statute*
18224 Big Leaf Drive
Gulfport, MS 39503

Knight Transportation Technologies, Inc.
*Via the Louisiana Long Arm Statute*
Attn: Joseph Shapiro
5215 East Fanfol Drive
Paradise Valley, AZ 85253

Knight Transportation, Inc.
*Through registered agent for service of process*
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Mohave Transportation Insurance Co., Inc.
*Via the Louisiana Long Arm Statute*
Through its registered agent for service of process,
National Registered Agents
3800 North Central Avenue, Suite 460
Phoenix, AZ 85012

E-Filed

G
Section 11

FILED
2022 MAR 09 P 04:31
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

SUIT NO.: DIVISION:

SHANNON WILKERSON

VERSUS

CORTEZ DARRELL WARD, KNIGHT TRANSPORTATION, INC., KNIGHT TRANSPORTATION TECHNOLOGIES, INC., AND MOHAVE TRANSPORTATION INSURANCE CO., INC.

FILED: ______________________ ______________________
DEPUTY CLERK

**REQUEST FOR NOTICE**

NOW INTO COURT, through undersigned counsel, comes plaintiff herein, Shannon Wilkerson, who pursuant to L.C.C.P. Article 1572, request this Court provide written notice ten (10) days in advance of the date fixed for all Trials or Hearings of any Exception, Motions, Rules or Trials on the Merits, as further provided by L.C.C.P. Articles 1913 and 1914. Furthermore, Shannon Wilkerson requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

Respectfully submitted,

John D. Sileo (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
(504) 486-4343 – Telephone
(504) 297-1249 - Facsimile
jack@johnsileolaw.com
casey@johnsileolaw.com
service@johnsileolaw.com (this email address is designated for service pursuant to LA. C.C.P. Art. 1313)

E-Filed